## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL S. LEFLAR** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN JULIO M. ALGARIN, *et al.*** | : | **NO. 16-6567** |
| | : | |

## ORDER

**AND NOW**, this 19th day of April 2017, upon consideration of Defendants' Motions to Dismiss (ECF Doc. Nos. 17, 18) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions (ECF Doc. Nos. 17, 18) are **GRANTED** and Plaintiff's Complaint is **DISMISSED without prejudice** for him to file an Amended Complaint with a federal question no later than **May 31, 2017** consistent with the accompanying Memorandum or to otherwise timely pursue his Pennsylvania state law claims in Pennsylvania state court.

_____
**KEARNEY, J.**